In the Matter of the Application of DAVID GOLDBERG and Others, and Other Stockholders of the GREEN BUS LINES, INC., Appellants, for a Mandamus Order for the Inspection of Books of the GREEN BUS LINES, INC., Respondent. (Appeal No. 2.) — Order denying petitioners' motion to resettle the order of November 13, 1934, providing for a preliminary examination of the defendant's books under terms and conditions therein stated, affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.